| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **MIDDLE DISTRICT OF ALABAMA** |

---

| | |
|---|---|
| √ INITIAL APPEARANCE | **DATE: October 24, 2005** |
| ❒ BOND HEARING | |
| ❒ DETENTION HEARING | Digital Recording   3:24 - 3:42 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❒ REMOVAL HEARING (R.40) | |
| ❒ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:05mj130-W                       **DEFENDANT NAME:** Alvin T. Knox
**AUSA:**   Terry Moorer                       **DEFT. ATTY:**  Donnie Bethel

                                  **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; (  )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest October 24, 2005 or √ Arrest Rule 5 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained _____ |
| √ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒ set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered.  Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed.  Defendant to remain in Marshal's custody |
| √ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❒ preliminary hearing; √ Waiver Rule 5 hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒Set for           DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial.  CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |