AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of ___RECEIVED___ ALABAMA

| UNITED STATES OF AMERICA | | | COMMITMENT TO ANOTHER |
|---|---|---|---|
| V. | | 2005 NOV -1 P 4:11 | DISTRICT |
| ALVIN T. KNOX | | | |

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 05-00270-CB | 2:05mj130-W | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ Other (specify)

**charging a violation of** 21 & 18 U.S.C. § 846,853 & 1956(a)(1)(B)(I), 1957, 982(a)(1)

**DISTRICT OF OFFENSE**

SOUTHERN DISTRICT OF ALABAMA

| **DESCRIPTION OF CHARGES:** | |
|---|---|
| Conspiracy to possess with intent to distribute crack cocaine | ATTEST: A True Copy. |
| Conspiracy to possess with intent to distribute cocaine | Certified to ___10/31___, 20 _05_ |
| Conspiracy to launder money | Clerk, U.S. District Court, |
| Money Laundering | Middle District of Alabama |
| | BY _Joyce Taylor_ |
| | Deputy Clerk |

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

X Government moved for detention and defendant detained pending detention hearing in District of Offense

☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | X No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

RETURNED AND FILED

| _____10/31/05_____ | _____s/ Susan Russ Walker_____ |
|---|---|
| Date | Judge |

**RETURN**

DEC 13 2005

This commitment was received and executed as follows:

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE UNITED STATES MARSHAL |
|---|---|---|
| 11-01-05 | Baldwin Co Jail | 10-38-05 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 11-01-05 | William S. Taylor | James Copeland |